DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROOSEVELT HOLLAND, III** a/k/a **KENNETH WILSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1271

[August 1, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 83-10475 CF10A.

Roosevelt Holland, III a/k/a Kenneth Wilson, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***